IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No.:    15-09929 |
| Mae's Early Childhood Development and | ) | |
| Therapeutic Day Care Center, Inc. | ) | Judge:    Jack B. Schmetterer |
| | ) | |
| | ) | Chapter:    11 |
| Debtor(s) | ) | |
| | ) | |

## NOTICE OF MOTION

**TO:    SEE ATTACHED SERVICE LIST:**

PLEASE TAKE NOTICE, that on January 14, 2016, at 10:30 a.m., I shall appear before the Honorable Jack B. Schemtterer or any judge sitting in his stead in the Dirksen Federal Building 219 S. Dearborn courtroom 682Chicago, Illinois and then and there present **MOTION FOR ENTRY OF FINAL DECREE.**, a copy of which is attached hereto and is herewith served upon you.

/s/James L. Hardemon
James L. Hardemon

## CERTIFICATE OF SERVICE

I, James L. Hardemon, an attorney, state that I caused a copy of the above **NOTICE OF MOTION and MOTION FOR ENTRY OF FINAL DECREE** to be served upon the attached service list by depositing the same in the U.S. Mail first class postage prepaid on January 4, 2016, before the hour of 5:00 p.m. at 8525 S. Stony Island Avenue, Chicago, Illinois.

/s/James L. Hardemon
James L. Hardemon

James L. Hardemon - #21961
Legal Remedies Chartered
8525 S. Stony Island Avenue
Chicago, IL  60617
773-374-5288

## Service List

Banco Popular, N.A.
PO Box 4601
Oak Park, IL 60303-4601

Banco Poplar, N.A.
c/o Chuhak & Tecson, P.C.
Attn: Miriam Stein
30 South Wacker Drive, Suite 2600
Chicago, IL 60606

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054

Marlin Business Bank
c/o Dan Dyer/CEO
300 Fellowship Road
Mount Laurel, NJ 08054

Mae's Early Childhood Development
and Therapeutic Day Care Center, Inc
1431 W 111th Street
Chicago, IL 60643

Mae's Early Childhood Development and
Therapeutic Day Care Center, Inc
1431 W 111th Street
Chicago, IL 60643

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn, Room 273
Chicago, IL 60604-2027

Derek Thompson
252 W. 105th street
Chicago, Il 60628-2518

Willie Mae and Wesley Thompson
9231 S. Cregier
Chicago, IL 60617

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No.:    15-09929 |
| Mae's Early Childhood Development and ) Therapeutic Day Care Center, Inc. ) | Judge:    Jack B. Schmetterer |
| ) | Chapter:    11 |
| Debtor(s) ) | |

**MOTION FOR ENTRY OF FINAL DECREE**

**NOW COMES** the Reorganized Debtor, Mae's Early Childhood Development and Therapeutic Day Care Center, Inc. by their attorney James L. Hardemon of Legal Remedies Chartered and ask this Honorable Court to enter a Final Decree, as well as closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement. In support thereof the Reorganized Debtor states as follows:

1.     On March 20, 2015, the Debtor filed a voluntary petition for relief according to the provisions of Chapter 11 of the Bankruptcy Code.

2.     On October 27, 2015, this Court held a hearing and entered an Order pursuant to Section 1129 of the Bankruptcy Code confirming the Debtor's Plan of Reorganization.

3.     The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

4.     The Debtor's request that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

**WHEREFORE,** the Reorganized Debtor, Mae's Early Childhood Development and Therapeutic Day Care Center, Inc., ask this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such relief as is just and equitable.

Respectfully submitted,

Mae's Early Childhood Development and
Therapeutic Day Care Center, Inc.

By: s/s James L. Hardemon

James L. Hardemon - #21961
Legal Remedies Chartered
8525 S. Stony Island Avenue
Chicago, IL  60617
773-374-5288