UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )
Mae's Early Childhood Development and )
Therapeutic Day Care Center, Inc )
)
)
)
Debtor(s) )

BK No.:   15-09929

Chapter: 11

Honorable Jack B. Schmetterer

## FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

This matter coming to be heard upon the motion of Mae's Early Childhood Development and
Therapeutic Day Care Center, Inc., the Reorganized Debtor (the "Debtor"), for entry of a Final Decree
and to Close the Bankruptcy Case (the "Motion"); proper notice having been provided; no creditor or
party in interest having objected to the entry of a Final Decree and Order Closing this Bankruptcy Case;
Based on review and consideration, the Court finds that (1) notice of the Motion was adequate under the
circumstances and no other notice need be given; (2) the Debtor's Confirmed Plan of Reorganization
(the "Plan") has been substantially consummated; and (3) other good and sufficient cause exists for the
granting the relief requested in this Motion; and this Court being fully advised in the premises; Now,
therefore IT IS HEREBY ORDERED:
 1. The Motion is granted.
 2. Pursuant to Bankruptcy Code section 350(a), the Bankruptcy case is closed effective upon entry of
this Final Decree and Order.
 3. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy Case:
 a) The Debtor shall continue to be authorized to take any and all action required or reasonably
contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order");
 b) This Court shall retain jurisdiction in accordance with the Confirmation Order and Plan;
 c) The Debtor is required to pay all outstanding US Trustee quarterly fees owed by the Debtor
pursuant to 28 USC 1930 through and including entry of this Final Decree;
 d) Pursuant to 11 USC 1141(d)(5), the Debtor shall not receive a discharge of its debts unless
and until, after notice and a hearing, this Court grants a discharge either (i) upon completion of all
payments under the Plan pursuant to 11 USC 1141(d)(5)(A) or (ii) prior to completion of all payments
under the Plan if the Debtor meet the requirements under 1141(d)(5)(B). In order to obtain a
discharge, the Debtor will need to reopen the Bankruptcy Case.

Enter:

United States Bankruptcy Judge

JAN 14 2016

Dated: 1/14/16

**Prepared by:**
James L. Hardemon #1126229
8525 S. Stony Island Avenue
Chicago, IL 60617